06-60420.oa

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-60420-CIV-COOKE-BROWN

JAMES VENTURES, L.P., et al.,

    Plaintiffs,

vs.

TIMCO AVIATION SERVICES, INC.,

    Defendant.
_____/

## ORDER DENYING MOTION TO DISMISS
## SECOND AMENDED COMPLAINT

**THIS MATTER** is before the Court on Defendant ...'s Motion to Dismiss ... Second Amended Complaint..., filed October 18, 2006. The Court has considered the motion, the response, the reply and all pertinent materials in the file.

As correctly noted in the motion"all factual allegations in the complaint must be accepted as true, and all reasonable inferences are construed in the light most favorable to the plaintiff" (page 8 of the motion). See e.g. Neal ex rel Neal v. Fulton County Bd. Of Education, 229 F. 3d 1069, 1072 (11th Cir. 2000). However, even if the Court views the claims of this motion in a light most favorable to defendant (exactly the opposite of the legal mandates), the result is that this motion fails.

The motion addresses allegation related to the purported ownership and sale of a building. Accepting as true, for the purposes of this motion, that plaintiff neither owned nor sold said building, that does not result in a failure to state a cause of action. The cause of action is related to letters of credit and a default on an obligation. The building issue is a tangential one, at best

related to the mitigation of damages issue.

As the complaint alleges, the alleged defaults occurred prior to the alleged purchase, much less sale, of the building in question (see paragraphs 19-23 of the second amended complaint).

The Court finds a fatal flaw in the motion to dismiss because it bases itself on the premise that, allegedly, "JVLP contends that the purchase and sale of the Kellstrom Building is the basis of its claims against Timco" (page 7 of the motion to dismiss). This statement ignores the previously referenced allegations in the second amended complaint.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby Ordered and Adjudged that said motion be and the same is hereby **DENIED**. An answer to the Second Amended Complaint shall be filed within ten (10) days from the date of this order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of January, 2007.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:   Honorable Marcia G. Cooke